UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

BOVIS LEND LEASE LMB, INC.,

                          Plaintiff,          Civil Action No.
                                                    10 Civ. 337 (PKC)(MHD)

      - against –

LIBERTY MUTUAL INSURANCE CO., et. al.

                          Defendants
───────────────────────────────

BAYROCK/SAPIR ORGANIZATION
246 SPRING STREET, LLC,

                          Plaintiff,          **NOTICE OF**
                                                    **APPEARANCE**

      - against –

LIBERTY MUTUAL INSURANCE COMPANY,
AXIS SURPLUS INSURANCE COMPANY,
LANDMARK AMERICAN INSURANCE COMPANY
and ILLINOIS UNION INSURANCE COMPANY,

                          Defendants.
───────────────────────────────

       PLEASE ENTER the appearance of Bruce R. Kaliner of Mound Cotton Wollan & Greengrass as counsel for defendants Liberty Mutual Insurance Company, Axis Surplus Insurance Company, Landmark American Insurance Company and Illinois Union Insurance Company.

1

Dated: New York, New York
July 8, 2011.

                            Respectfully Submitted,

                            MOUND COTTON WOLLAN & GREENGRASS

                            By_____/s/ Bruce R. Kaliner_____.
                                  Bruce R. Kaliner (BRK-6849)
                            Attorneys for Defendants
                            Liberty Mutual Insurance Company,
                            Axis Surplus Insurance Company,
                            Landmark American Insurance Company and
                            Illinois Union Insurance Company
                            One Battery Park Plaza
                            New York, NY   10004
                            (212) 804-4200
                            bkaliner@moundcotton.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2011, I electronically filed defendants Liberty Mutual Insurance Company, Axis Surplus Insurance Company, Landmark American Insurance Company and Illinois Union Insurance Company's Notice of Appearance with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record.

_____
BRUCE R. KALINER